IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRICK L. THOMPKINS,

    Petitioner,

v.                                        No. 21-cv-0005 KWR/SMV

DWAYNE SANTISTEVAN,

    Respondent.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

THIS MATTER is before the Court on Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2], docketed on January 4, 2021. The Court will grant Petitioner leave to proceed under 28 U.S.C. § 1915.

**IT IS THEREFORE ORDERED** that the Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] is **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**