IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRICK L THOMPKINS,

    Petitioner,

v.

                                                                        No. 21-cv-0005 KWR/SMV

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondent.

## ORDER TO ANSWER

        This matter is before the Court on Petitioner Terrick Thompkins's 28 U.S.C. § 2254 Habeas Corpus Petition [Doc. 1] (the "Petition"). Petitioner challenges his state convictions based on, among other things, juror bias, evidentiary rulings, and instructional error. Having reviewed the claims pursuant to Habeas Corpus Rule 4, the Court will order an answer.

        **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Clerk forward copies of this Order and the Petition [Doc. 1] to Respondent Attorney General of the State of New Mexico (the "AG") at the following address:

    Attention F.N.
    Paralegal - Habeas Corpus Administrator
    New Mexico Office of the Attorney General
    Criminal Appeals Division
    201 Third St. NW, Suite 300
    Albuquerque, NM 87102

        **IT IS FURTHER ORDERED** that the AG must answer the Petition by **August 15, 2022**. The AG's answer must address the merits of each claim and whether the Petitioner has exhausted his state court remedies. If the Petition is mixed, and contains both exhausted and unexhausted

claims, the AG should take a position on how to proceed (*i.e.,* stay the case while Petitioner exhausts all claims, overlook exhaustion and dismiss on the merits, delete the unexhausted claims, etc.). The AG must attach to the answer copies of any filing pertinent to the issue of exhaustion that was filed by Petitioner in the sentencing court, the state district court, the state court of appeals, and the state supreme court, together with copies of all memoranda filed by <u>both</u> parties in support of, or in response to, those filings. The AG must also attach to the answer copies of all state court post-conviction or appellate proceedings. The answer must describe the procedural history of each claim the AG contends is unexhausted and identify the state procedures that are currently available to Petitioner.

    **IT IS SO ORDERED.**

                              **STEPHAN M. VIDMAR**
                              **UNITED STATES MAGISTRATE JUDGE**