**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**TERRICK L. THOMPKINS,**

    **Petitioner,**

**v.**                                                                                   **No. 21-cv-0005 KWR/SMV**

**ATTORNEY GENERAL FOR**
**THE STATE OF NEW MEXICO,**

    **Respondent.**

<u>**ORDER**</u>

**THIS MATTER** comes before the Court on *Respondent's Motion for an Extension of Time to Answer Terrick L. Thompkins's Petition for Writ of Habeas Corpus [Doc. 1]*, filed August 12, 2022. [Doc. 12].

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondent's Motion for an Extension of Time to Answer Terrick L. Thompkins's Petition for Writ of Habeas Corpus [Doc. 1]*, is **GRANTED**;

**IT IS FURTHER ORDERED** that Respondent shall have until not later than **November 14, 2022**, to file an answer.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**