IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERRICK L. THOMPKINS,
    Petitioner,

No. 2:21-cv-0005 KWR/DLM

DWAYNE SANTISTEVAN, *et al.*,
    Respondents.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58 and the Order Adopting Proposed Findings and Disposition entered concurrently, final judgment is entered in favor of Respondents and against Petitioner Terrick L. Thompkins.

**IT IS THEREFORE ORDERED** that Thompkins's amended 28 U.S.C. § 2254 petition (Doc. 24) is denied with prejudice;

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE